JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH RENE MEZA,<br><br>  Petitioner,<br><br>  v.<br><br>MARTINEZ, Warden,<br><br>  Respondent. | Case No. CV 20-2343-MCS (SP)<br><br>**JUDGMENT** |

Pursuant to the Memorandum and Order Summarily Dismissing Petition for Writ of Habeas Corpus,

IT IS HEREBY ADJUDGED that the Petition and this action are dismissed with prejudice.

Dated: February 16, 2021

_____
HONORABLE MARK C. SCARSI
UNITED STATES DISTRICT JUDGE